# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   19−10181
**Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Morys Alberto Castro
6711 Farragut Ave
Falls Church, VA 22042

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
    Debtor: xxx−xx−4162

Employer Tax−Identification (EIN) No(s).(if any):
    Debtor:  NA

### NOTICE OF POSSIBLE DISMISSAL
### PURSUANT TO
### LBR 1007−1 LISTS, SCHEDULES, STATEMENTS
### AND
### LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS

**TO:**        **DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on January 17, 2019. Pursuant to Local Bankruptcy Rule 1007−1 and 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:**  **January 31, 2019**

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

**\*\*Missing Document(s):**

**All Schedules and Statement of Financial Affairs**
**Summary of Your Assets and Liabilities and Certain Statistical Information**
**Statement of Your Current Monthly Income and Calculation of Commitment Period**
**Chapter 13 Plan**
**Calculation of Your Disposable Income**

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:  January 17, 2019

/s/   Elizabeth W. Douglass
Deputy Clerk

[10071_30152vAug2018.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                          Case No. 19-10181
Morys Alberto Castro                                                            Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9        User: douglasse          Page 1 of 1          Date Rcvd: Jan 17, 2019
                           Form ID: both215         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2019.
db          +Morys Alberto Castro,   6711 Farragut Ave,   Falls Church, VA 22042-2115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2019 at the address(es) listed below:
            John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
                                                                                        TOTAL: 1